# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: **4:24−mj−00383**−1
### *Internal Use Only*

Case title: USA v. Ubaldo                    Date Filed: 08/29/2024

Other court case number: 4:24−mj−659 Northern District of TX, Fort Worth

Assigned to: Magistrate Judge Yvonne Y Ho

**Defendant (1)**

**Hector Ubaldo**
*On Bond*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Conspiracy to Solicit and Receive Illegal Kickbacks, in violation of 18 US.C. § 371. and Soliciting and Receipt of Illegal Kickbacks in violation of 42 U.S.C. §1320a−7b(b)(I )(A) and 1320a−7b(b)(l )(8). | |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 08/30/2024 | | Minute Entry for proceedings held before Magistrate Judge Yvonne Y Ho: COUNSEL DETERMINATION HEARING as to Hector Ubaldo held on 8/30/2024. Defendant appeared with counsel. Defendant instructed to appear in Fort Worth for initial appearance in originating district. Appearances: AUSA: Anthony Franklyn; Retained: O.G. Lawal. (ERO: Yes) (Interpreter: No) Deft continued on bond, filed. (rlw4) (Entered: 08/30/2024) |
| 08/30/2024 | | Bond payment received for Hector Ubaldo re 5 Bond. Payment submitted by Hector Ubaldo in the amount of $5000.00. Receipt number # 400008136, filed. (jm4) (Entered: 08/30/2024) |
| 08/30/2024 | 4 | ORDER for Defendant to Appear in the District Where Charges Are Pending and Transferring Bail as to Hector Ubaldo. The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending. Charging District: Northern District of Texas, Fort Worth Division Division, 4:24–mj–659. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 08/30/2024) |
| 08/29/2024 | 6 | ORDER Setting Conditions of Release as to Hector Ubaldo. ( Signed by Magistrate Judge Yvonne Y Ho) (Attachments: # 1 Unredacted) Parties notified. (rlw4) (Attachment 1 replaced on 8/30/2024) (rlw4). (Entered: 08/30/2024) |
| 08/29/2024 | 5 | 100,000 Unsecured Bond, with $5,000 to be paid into the registry of the Court. Entered as to Hector Ubaldo, filed. (rlw4) (Entered: 08/30/2024) |
| 08/29/2024 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 8/29/2024 before Magistrate Judge Yvonne Y Ho as to Hector Ubaldo. Defendant first appearance on Complaint from the Texas Northern District Court 4:24–MJ–659 and advised of rights/charges. Defendant appeared without counsel, Defendant advises of retainment of counsel, Defendant request more time to retain counsel. Hearing to be set, Bond set, 100,000 Unsecured bond, with $5,000 to be paid in Court registry., Defendant advised of conditions of release, Defendant to be released after bond perfected. Counsel Determination Hearing set for 8/30/2024 at 02:00 PM in Courtroom 704 before Magistrate Judge Yvonne Y Ho Passport must be surrendered by COB of 8/30/24. Appearances: AUSA Anthony R. Franklyn for USA.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Maria Buscarello) Bond executed and deft to be released, filed. (rlw4) (Entered: 08/29/2024) |
| 08/29/2024 | | Arrest of Hector Ubaldo, filed. (rlw4) (Entered: 08/29/2024) |
| 08/29/2024 | 3 | NOTICE OF RESETTING as to Hector Ubaldo. Counsel Determination Hearing set for 8/30/2024 at 02:00 PM in Courtroom 704 before Magistrate Judge Yvonne Y Ho, filed. (rlw4) (Entered: 08/29/2024) |
| 08/29/2024 | | ***Set/Reset Hearings as to Hector Ubaldo: Initial Appearance – Rule 40 set for 8/29/2024 at 02:00 PM in Courtroom 704 before Magistrate Judge Yvonne Y Ho (glk4) (Entered: 08/29/2024) |
| 08/29/2024 | 2 | Arrest Warrant issued 8/27/2024; Returned Executed on 8/29/2024 as to Hector Ubaldo.. Document restricted from PACER under privacy policy., filed. (glk4) (Entered: 08/29/2024) |
| 08/29/2024 | | Arrest (Rule 40) of Hector Ubaldo, filed. (glk4) (Entered: 08/29/2024) |
| 08/29/2024 | 1 | Sealed Complaint from Northern District of TX, Fort Worth Division as to Hector Ubaldo, filed. (glk4) (Entered: 08/29/2024) |

Case 4:24-mj-00383   Document 6   Filed 08/29/24   Page 1 of 4
Case 4:24-cr-00222-Y   Document 3   Filed 09/03/24   Page 3 of 18   PageID 25

AO 199A (Rev. 06/19) Order Setting Conditions of Release

United States District Court
Southern District of Texas
**ENTERED**
August 30, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Texas__

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>Hector Ubaldo )<br>*Defendant* ) | 4:24-mj-383 |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear _____
_Date and Time_

at _____ __Pretrial Services, 515 Rusk St., 6th Floor, Houston, TX 77002__ _____
_Place_

*If blank, defendant will be notified of next appearance.*

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                        Page __2__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
  Person or organization _____
  Address *(only if above is an organization)* _____
  City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
                Custodian                     Date

( ☒ ) (7) The defendant must:
  ( ☒ ) (a) submit to supervision by and report for supervision to the    Pretrial Services ,
      telephone number _____ , no later than _____ .
  ( ☐ ) (b) Maintain or actively seek FULL-TIME verifiable employment. If legally allowed to work and provide proof to the US Probation officer
  ( ☐ ) (c) continue or start an education program.
  ( ☒ ) (d) surrender any passport to:   U.S. Probation within 24 hours of release,  **by COB 8/30/24**
  ( ☐ ) (e) not obtain a passport or other international travel document.
  ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel:    SDTX and NDTX
      Outside travel to be preapproved by the US Probation Office
  ( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
      including:   Co Defendants or Co Conspirators, witnesses, victims or potential victims
  ( ☐ ) (h) get medical or psychiatric treatment: _____
  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
      or the following purposes: _____
  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ☒ ) (k) not possess a firearm, destructive device, or other dangerous weapon. Provide notarized affidavit that firearms are removed from home.
  ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical
      Medical practitioner. Do not use or consume products containing or marketed as cannabidiol (CBD)
  ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency
      and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or
      testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
      ( ☐ ) (i)   **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
              directed by the pretrial services office or supervising officer; or
      ( ☐ ) (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance
              abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by
              the pretrial services office or supervising officer; or
      ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court
              appearances or other activities specifically approved by the court; or
      ( ☐ ) (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must
              comply with the location or travel restrictions as imposed by the court.
              Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

Case 4:24-mj-00383   Document 6   Filed 08/29/24   Page 3 of 4
Case 4:24-cr-00222-Y   Document 3   Filed 09/03/24   Page 5 of 18   PageID 27

AO 199B (Rev. 12/20) Additional Conditions of Release                                        Page  3  of  4  Pages

# ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
   ( ☐ ) (i)  Location monitoring technology as directed by the pretrial services or supervising officer; or
   ( ☐ ) (ii) Voice Recognition; or
   ( ☐ ) (iii) Radio Frequency; or
   ( ☐ ) (iv) GPS.

( ☐ ) ® The defendant will incur the costs associated with any services related to drug testing/treatment, mental health treatment, housing placement, and or/location monitoring based on the ability to pay as determined by U.S. Probation.

( ☒ ) (s) report within 72 hours, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (t) Cannot acquire new debt or open new lines of credit without pre-approval from Pretrial
         Cannot sell, transfer, or otherwise dispose of assets, in particular his house

must deposit $5,000 by COB 8/30/24

Case 4:24-mj-00383 Document 6 Filed 08/29/24 Page 4 of 4
Case 4:24-cr-00222-Y Document 3 Filed 09/03/24 Page 6 of 18 PageID 28

AO 199C (Rev. 09/08) Advice of Penalties                                                    Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*Street, City, State, and Phone Number*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.
( ☒ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: August 29, 2024

_____
*Judicial Officer's Signature*

Yvonne Y. Ho, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

RECEIPT NO. 4000081360

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | Docket No: | 4:24-mj-383 |
| vs. § | Pending in: | Southern District of Texas |
| § | | Houston Division |
| Hector Ubaldo § | Bond set: | $100,000 |
| Defendant. § | Deposit: | $5,000 |

### AFFIDAVIT OF OWNERSHIP OF
### SECURITY FOR APPEARANCE BOND

I, **Hector Ubaldo**, on oath hereby declare that I am the (owner/agent for the owner) of the $ **5,000.00** deposited as security on the appearance bond for the above-named defendant with the following:

☐ Cash
☒ Cashier's Check/Money Order (# **4793000579**, Bank: **Bank of America**)

Said deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

Name: **Hector Ubaldo**
Address: **8842 Inverness Pkwy**
**Houston TX 77055**
Telephone: **832 851-7574**

*Any change in address must be made in writing, sworn to before a notary and submitted to the District Clerk's office.*

I, as owner/agent for the owner, subject said funds to the provisions of Criminal Local Rule 46.2 and consent and agree that should the defendant fail to abide by the conditions of release imposed by the Court, the Court may, upon notice to me of not less than 10 days, proceed to have said funds forfeited.

_____ without prejudice
Signature Owner/Agent for Owner

SWORN TO AND SUBSCRIBED BEFORE ME on **8/30/24** at **2:16 p.m.**

NATHAN OCHSNER, CLERK OF COURT

By: _____
, Deputy Clerk

7

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 4:24-mj-383 |
| Hector Ubaldo | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Hector Ubaldo _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

   (☒) to appear for court proceedings;
   (☒) if convicted, to surrender to serve a sentence that the court may impose; or
   (☒) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(☐) (1) This is a personal recognizance bond.

(☒) (2) This is an unsecured bond of $ __100,000.00__ .

(☐) (3) This is a secured bond of $ __0.00__ , secured by:

   (☒) (a) $ __5,000.00__ , in cash deposited with the court.

   (☐) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it -- such as a lien, mortgage, or loan -- and attach proof of ownership and value)*:

   _____

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   (☐) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

   _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

8

Case 4:24-mj-00383   Document 6-1 (Court only)   Filed 08/29/24   Page 3 of 8
Case 4:24-cr-00222-Y   Document 3   Filed 09/03/24   Page 9 of 18   PageID 31

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: *All Right Reserved*        *All Rights Reserved Tyhrale*
                                  _____
                                  *Defendant's signature*

_____           _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

_____           _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

_____           _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

CLERK OF COURT

Date: August 29, 2024           Rachel Willborg
                                _____
                                *Signature of Clerk or Deputy Clerk*

Approved.

Date: August 29, 2024           Yvonne Y. Ho
                                _____
                                *Judge's signature*

AO 199A (Rev. 06/19) Order Setting Conditions of Release

Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States of America )
v. ) 4:24-mj-383
)
Hector Ubaldo )
*Defendant* )

**ORDER SETTING CONDITIONS OF RELEASE**

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear _____
*Date and Time*

at _____ Pretrial Services, 515 Rusk St., 6th Floor, Houston, TX 77002 _____
*Place*

*If blank, defendant will be notified of next appearance.*

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release          Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
   Person or organization _____
   Address *(only if above is an organization)* _____
   City and state _____   Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                Signed: _____
                                          Custodian              Date

( ☒ ) (7) The defendant must:
   ( ☒ ) (a) submit to supervision by and report for supervision to the  Pretrial Services _____,
               telephone number _____, no later than _____.
   ( ☐ ) (b) Maintain or actively seek FULL-TIME verifiable employment. If legally allowed to work and provide proof to the US Probation officer
   ( ☐ ) (c) continue or start an education program.
   ( ☒ ) (d) surrender any passport to:  U.S. Probation within 24 hours of release, **by COB 8/30/24**
   ( ☐ ) (e) not obtain a passport or other international travel document.
   ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel:  SDTX and NDTX
               Outside travel to be preapproved by the US Probation Office
   ( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
               including:  Co Defendants or Co Conspirators, witnesses, victims or potential victims
   ( ☐ ) (h) get medical or psychiatric treatment: _____
   ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
               or the following purposes: _____
   ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ( ☒ ) (k) not possess a firearm, destructive device, or other dangerous weapon. Provide notarized affidavit that firearms are removed from home.
   ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
   ( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical
               Medical practitioner. Do not use or consume products containing or marketed as cannabidiol (CBD)
   ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency
               and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or
               testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
         ( ☐ ) (i)  Curfew. You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as
                  directed by the pretrial services office or supervising officer; or
         ( ☐ ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance
                  abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by
                  the pretrial services office or supervising officer; or
         ( ☐ ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court
                  appearances or other activities specifically approved by the court; or
         ( ☐ ) (iv) Stand Alone Monitoring. You have no residential curfew, home detention, or home incarceration restrictions. However, you must
                  comply with the location or travel restrictions as imposed by the court.
                  Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release

Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

- ( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
    - ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
    - ( ☐ ) (ii)  Voice Recognition; or
    - ( ☐ ) (iii) Radio Frequency; or
    - ( ☐ ) (iv)  GPS.
- ( ☐ ) (r) The defendant will incur the costs associated with any services related to drug testing/treatment, mental health treatment, housing placement, and or/location monitoring based on the ability to pay as determined by U.S. Probation.
- ( ☒ ) (s) report within 72 hours, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( ☒ ) (t) Cannot acquire new debt or open new lines of credit without pre-approval from Pretrial
  Cannot sell, transfer, or otherwise dispose of assets, in particular his house

must deposit $5,000 by COB 8/30/24

AO 199C   (Rev. 09/08) Advice of Penalties                                              Page   4   of   4   Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more -- you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years -- you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony -- you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor -- you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

8842 Inverness Parkway Houston TX 77088
Street, City, State, and Phone Number

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.
( ☒ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   August 29, 2024

_____
Judicial Officer's Signature

Yvonne Y. Ho, U.S. Magistrate Judge
Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL



AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America )
v. )
) Case No. 4:24-mj-383
Hector Ubaldo )
*Defendant* )

## APPEARANCE BOND

### Defendant's Agreement

I, _____Hector Ubaldo_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- (☒) to appear for court proceedings;
- (☒) if convicted, to surrender to serve a sentence that the court may impose; or
- (☒) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1) This is a personal recognizance bond.

( ☒ ) (2) This is an unsecured bond of $ 100,000.00 .

( ☐ ) (3) This is a secured bond of $ 0.00 , secured by:

   ( ☒ ) (a) $ 5,000.00 , in cash deposited with the court.

   ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

   _____

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

   _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Case 4:24-mj-00383   Document 5   Filed 08/29/24   Page 2 of 2
Case 4:24-cr-00222-Y   Document 3   Filed 09/03/24   Page 16 of 18   PageID 38

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

 (1) all owners of the property securing this appearance bond are included on the bond;
 (2) the property is not subject to claims, except as described above; and
 (3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: *All Right Reserved*

x *All rights reserved tyhaloo*
        *Defendant's signature*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

CLERK OF COURT

Date: August 29, 2024

*Rachel Willborg*
*Signature of Clerk or Deputy Clerk*

Approved.

Date: August 29, 2024

*Yvonne Y. Ho*
*Judge's signature*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
August 30, 2024
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § § | Case No. 4:24−mj−00383<br>Charging District:<br>Northern District of Texas |
| Hector Ubaldo | § | Charging District's Case No. 4:24−mj−659 |

### ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in Northern District of Texas, the district court where the charges are pending, to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place:<br>Northern District of Texas, Fort Worth Division Division<br>501 W. 10th Street, Fort Worth, Texas 76102 | Location: Courtroom 508 |
|---|---|
| | Date and Time:<br>9/5/24 at 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 8/30/2024

_____
Yvonne Y. Ho
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v.                                                                                  Case Number: 4:24–mj–00383

Hector Ubaldo

---

# NOTICE OF RESETTING

**A proceeding has been reset in this case as to Hector Ubaldo as set forth below.**

**Before the Honorable Yvonne Y Ho**

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/30/2024

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Counsel Determination Hearing

---

Date: August 29, 2024                                                        Nathan Ochsner, Clerk