UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

4-24CR-222-P

UNITED STATES
OF AMERICA
V.
HECTOR UBALDO
(01)

No. 4:24-MJ-659

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 13 2024

CLERK, U.S. DISTRICT COURT
By
Deputy

## AFFIDAVIT OF HECTOR UBALDO

**NOW COMES Hector Ubaldo,** by and through the undersigned Authorized Representative, hereinafter "Affiant," declares and states that the following facts are true to the best of my knowledge and belief, and of which One has firsthand knowledge of the matters stated herein. One, **Hector Ubaldo,** is of the age of majority and competent to testify on the matters stated herein. If any man or woman desires to answer this Affidavit, please do so in the manner of this instrument. By Notarized Affidavit, using your Christian or family name for signature and mail to the below named Notary, address provided, within ten (10) days or default will be obtained. Your hand-written signature only, do not type it out.

1. One **Hector Ubaldo** declares and states that I have not intentionally harmed or violated anyone or their property, *malum is se,* and as such, consistent with the eternal tradition of natural common law, that I have committed no crime and am therefore not subject to any penalty.

2. One **Hector Ubaldo** declares and states that I have not entered into any contract express or implied knowingly or intentionally, therefore, in the nature of UCC 1-308, I reserve my natural common law right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, or intentionally.

3. One **Hector Ubaldo** declares and states that I have not and do not accept the liability associated with the compelled and pretended "benefit"* of any hidden or unrevealed contract or commercial agreement which would grant *in personam* or *in rem* jurisdiction to the United States.

4. One **Hector Ubaldo** declares and states that, to the best of his knowledge and belief, I have not accepted the liability associated with the compelled and pretended "benefit"* of any hidden or unrevealed contract or commercial agreement which would create a presumption that I have abandoned the guaranteed republican form of government of America in Article 4  Section 4 of the Constitution for the United States of America.

5. One **Hector Ubaldo** declares that to the best of his knowledge and belief, this Affiant has not accepted any liability, express or implied, associated with the compelled and pretended "benefit"* of any hidden or unrevealed contract or commercial agreement which would grant *in personam* or *in rem jurisdiction* to this court.

6. One **Hector Ubaldo** declares and states that he does not possess a Federal citizenship which would subject him to the territorial jurisdiction of the **United States** and, therefore, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void.

7. One **Hector Ubaldo** declares and states that if I have participated in any of the "benefits" * associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative.

8. One **Hector Ubaldo** declares and states I am a living, flesh and blood sovereign man and one of the People by the given appellation of Hector Ubaldo.



9. One **Hector Ubaldo** declares and states I am not the person / legal entity "HECTOR UBALDO" in any paper or document of whatever character or "HECTOR UBALDO".

10. One **Hector Ubaldo** declares and states I have never been known as "HECTOR UBALDO", a nom de guerre and misnomer.

11. One **Hector Ubaldo** declares and states I am one of the sovereign People spoken of in Yick Wo v. Hopkins, 118 US 356, 370 and claim the full Rights and status of the sovereign People as created and proclaimed by God and protected by the federal and state constitutions.

   Note: *"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but, in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts.; "Yick Wo v. Hopkins, 118 US 356, 370"*

12. One **Hector Ubaldo** declares and states I demand that the prosecutor, should he or she attempt to dispute my claim of right as a flesh and blood sovereign man and one of the People, who is not subject to the law (legislative/ statutory law) as stated by Supreme Court Justice Mathews in Yick Wo v. Hopkins, 118 US 356, 370, show proof to the court that the United States Supreme Court has overturned this landmark case.

13. One **Hector Ubaldo** declares and states I have no contract or agreement with THE STATE OF TEXAS or any STATE OF TEXAS agency, or any STATE OF TEXAS municipality.

14. One **Hector Ubaldo** declares and states I am not a party of the body politic or corporate.

15. One **Hector Ubaldo** declares and states that **I AM NOT** nor have I ever been a "Taxpayer", "Person", "Individual", "Human Being", "Firm", "Partnership", "Corporation", or any other type of "legal entity" as defined within the laws and statutes of this or any other state. I am and always shall be a sovereign natural born man and one of the sovereign People.

16. One **Hector Ubaldo** declares and states I have an unalienable right to life, liberty, the pursuit of happiness, and the acquisition and use of my private property as it pertains to these things. The use of my personal private property in support of me and my family is my RIGHT; it is not a government granted privilege.  This RIGHT is NOT subject to taxation, regulation, or legislation by any level of government.

17. One **Hector Ubaldo** declares and states I have no contract or agreement with **Fort Worth/Dallas County** or any other county.

18. One **Hector Ubaldo** declares and states that my RIGHTS cannot be taxed or legislated away by bureaucratic or legislative acts.

19. One **Hector Ubaldo** declares and states that my RIGHTS are innumerable and without limitation insofar as any exercise of those RIGHTS do not interfere with the life, liberty, or property of another.

20. One **Hector Ubaldo** declares and states that the exercise of a RIGHT may not be converted into a crime.

21. One **Hector Ubaldo** declares and states in point of fact, even if I were guilty of any infractions, which I AM NOT, there would be no means to pay them as there is no lawful money with which to do so, to wit:

   *According to* The Constitution of the United States of America, Art. 1, § 10, Clause 1, *"No state shall ... make any Thing but gold and silver coin a Tender in Payment of Debts ...";*

   *And, pursuant to the* TCCrP § 43.02, Payable in money. *"All recognizances, bail bonds, and undertakings of any kind, whereby a party become bound to pay money to the State, and all fines and forfeitures of a pecuniary character, shall be collected in the lawful money of the United States only.";*

   *And, pursuant to* 12 USC § 152, *(which has been repealed) " ... the terms "lawful money" and the "lawful money of the United States" shall be construed to mean gold and silver coin of the United States ...";*

   *And, pursuant to* 12 USC § 411, *"... Federal Reserve notes, to be issued at the discretion of the Federal Reserve Board ... for the purpose of making advances to the Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized.*





*The said notes shall be obligations of the United States … They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at an Federal Reserve bank…";*

**And, pursuant to 18 USC § 8,**
*"The term "obligation or other security of the United States" includes, all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, … and other representatives of value, of whatever denomination, issued under any Act of Congress…";*

**And, pursuant to 31 USC § 5112.**
*"…The Sec. of the Treasury may mint and issue only the following coins: … (7) a 50 dollar gold coin that is  32.7 millimeters in diameter, weighs 33.931 grams, and contains 1 troy oz. of fine gold …";*

*And, due to 48 stat. 2, (March 09, 1933) and 48 Stat. 113, (June 05, 1933) all gold coin was removed from common circulation, at par, at the banks in these united States of America, said statutes remains unrepealed;*

*Pursuant to Clark v. State, 3 Cr. R 338 (1877).*
*"A promissory note cannot be accepted for payment of a fine".*
    ***(Which is EXACTLY what a Federal Reserve Note is.)***
    *(Emphasis added)*

*According to State v. Mellon, 73 Pac. 321, 43 Ore. 168.*
*"Checks, drafts, money orders & bank notes are not lawful money of the United States".*

*In accordance to Bronson v. Rhodes, 74 U.S. 229, 247, 19 L. Ed. 141.*
*"Lawful Money of the United States could only be gold & silver coin or that which by law is made its equivalent so as to be exchangeable therefore at par, & on demand, & does NOT include a currency which though nominally exchangeable for coin at its' face value, is not redeemable on demand."*

*Pursuant to Knox vs. Lee,(1871)*
*"The legal tender quality of paper money is only valuable for the purposes of dishonesty."*

I affirm that all the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this Affidavit. I hereby affix my own signature to all the affirmations in this entire document with explicit reservation of all my unalienable rights and my specific common law right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion. **THE USE OF THE NOTARY BELOW IS FOR IDENTIFICATION, AND SUCH USE DOES NOT GRANT ANY JURISDICTION TO ANYONE. FURTHER AFFIANT SAITH NAUGHT.**

Subscribed and sworn, without prejudice, as said in the Uniform Commercial Code 1-308, _Hector Ubaldo_, Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.
My hand and Mark as Subscriber
Date _09/09/2024_
Common Law Seal of Natural Person _Hector Ubaldo_
Signing by Accommodation for _By haldang_

On this _9th_ day of _____, year _____, before me, the undersigned, a Notary Public in and for _____ personally appeared the above signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that she has executed the same.

Signed _____
Printed Name _____
Date _____
My Commission Expires _8/20/2025_


SANDRA R PEREZ
Notary ID #126918790
My Commission Expires
August 20, 2025
NOTARY PUBLIC
STATE OF TEXAS







I + S Medical Billing
5718 Almouth Rd
Sealy, TX 77474

Court Clerk
501 West 10th St. Room 310
Fort Worth, Texas
          76102-3673



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13PE © U.S. Postal Service; July 2022. All rights reserved.