UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.    § | 4:24-CR-222-P |
| § | |
| § | |
| DR HECTOR UBALDO § | |

**NOTICE OF DESIGNATION OF CASE ASSIGNMENT**

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his signature that he is the staff attorney designated to work on this case.

*/s/ John J. Stickney*
JOHN J. STICKNEY
Assistant Federal Public Defender
Northern District of Texas
MA State Bar No. 687134
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753
(817) 978-2757 FAX
John_J_Stickney@fd.org

**CERTIFICATE OF SERVICE**

I, John J. Stickney, hereby certify that on September 16, 2024, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the Assistant United States Attorney.

*/s/ John J. Stickney*
JOHN J. STICKNEY
Assistant Federal Public Defender