CERTIFIED MAIL# 95890710527019878912999RRR
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| UNITED STATES OF AMERICA V. DR. HECTOR UBALDO (01) | No. 4:24-CR-222-P |
|---|---|

**Attorney Letter of Instruction**

**Dear Mr. John J. Stickney-FPD,**
Please take note that I am claiming an interest relating to the property which is the subject of this action and I am so situated that the disposition of the action may as a practical matter impair or impede my ability to protect that interest, which is not adequately represented by existing parties. I accept the kind offer of the **U.S. District Court Magistrate Jeffrey L. Cureton.** to appoint you as attorney for the Defendant. I accept this offer for value and am returning it with this notice to you. I now request that you escrow your BAR certificate during the course of this case, and serve as my counsel in the following manner and only in the following manner:

1. As there is no controversy in this matter, I do not want you to argue any facts or public issues as they apply to the Defendant. **YOU ARE NOT AUTHORIZED TO FOSTER AN ARGUMENT OR TO JOIN AN ARGUMENT** on my behalf or on behalf of the Defendant. You are not authorized to defend the Defendant.

2. For you to stay in honor, I want you to enter this notice into the record by filing it with the clerk of court and by reading it into the record in open court. This is notice that I have accepted for value and returned all public offers associated with this matter, and notice that I have made every effort to reach settlement through exchange of my exemption for adjustment and setoff of the public charges against the Defendant. Ask the judge to take mandatory judicial notice of the private agreement that has been reached through offer and acceptance. A copy of the relevant certificate is attached.

3. I want you to get a copy of the bond that bonds the charges in this matter. If there is no bond in the file, I will provide my bond in its stead.

4. I want you to request an appearance bond at no cost to me

so I can be released on my own recognizance. When the bond has been issued, I will enter a plea of guilty to the facts for the Defendant. I will not dispute any of the facts in this matter, but I do not agree to be held personally liable with no protection.

5.      After acquiring the appearance bond, I authorize you to use my exemption to bring the accounting on this matter to closure. Request that the prosecutor write the check to close the account and release the bond to the Defendant.

6.      If for some reason my request for an appearance bond is dishonored, I want you to give notice of my intent to accept **Assistant United States Attorney P.J. MEITL's** bond for value and to use it to bond the charges using his bond as surety. His signature is the only one on record as a responsible, party.

7.      If necessary, I also want you to give notice of my intent to accept **Assistant United States Attorney P.J. MEITL's** bond for value and to use it to charge a Chapter 7 involuntary liquidation and start discovery under 11 USC 1126(b). If the dishonor is not cured within 72 hours, I want you to file the bankruptcy petition in the Federal Bankruptcy Court naming the Defendant as the Debtor and **Assistant United States Attorney P.J. MEITL** as a delinquent creditor, along with others who have already or may dishonor me. You are authorized to distribute BIO (Proof of Claim) forms to the dishonoring parties, should there be any at the next hearing. This bankruptcy discovery process will locate my remedy and release it to me through liquidation of the delinquent creditor's assets.

8.      I want you to make it clear my intent is to settle this matter in a timely and honorable fashion.

9.      **In the event you, as my fiduciary, dishonor me by not following my instructions, I request that you file a Mandatory Judicial Notice of your refusal with the court and file a written appearance in this case**.

Thank you for your understanding and cooperation.

By: _____ *[signature]* _____
Hector Ubaldo- Sui Juris
Authorized Representative

    Attorney Letter of Instruction for HECTOR UBALDO
               Page 1 of 2