CERTIFIED MAIL# 9589 0710 5270 1218 0126 84

SEP 25 2024 AM 8:35
FILED-USDC-NOTH FW

Mailed By: Sandra Perez- Notary Public
C/O 5718 Pindula Rd.
Sealy, TX, 77474

TO: Phillip J. Meitl at U.S. District Attorney
801 Cherry Street 17th floor
Fort Worth, TX, 76102

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

September 23, 2024:

RE: complaint on case # 4-24CR-222-P HECTOR UBALDO

Notice of Acceptance

Please be advised that I have accepted your presentment to HECTOR UBALDO for assessed value and am returning it to you in exchange for closure and settlement of account # 4-24CR-222-P. Please send the confirmation that the account for case # 4-24CR-222-P has been adjusted and settled, to the address shown above, or send a notice of dishonor from a5 third party.

I am also enclosing an authorization for you to facilitate the use of my credit to discharge all court charges that may apply. The instructions and a statement of account are attached for your convenience. Janet Yellen is also being notified that I have using my credit for this purpose.

Your refusal to send the confirmation or notice of dishonor will in no way negate this settlement, and will be your agreement that you and your agency have no capacity to pursue collection, further collection efforts confirm your agreement that you and your agency, collectively and severally owe HECTOR UBALDO $500,000 and that HECTOR UBALDO may take all necessary steps to secure its claim to the debt owed to it and to collect.

Thank you for your immediate attention to his matter.

Sincerely,

*[signature]*
Hector Ubaldo

SANDRA R PEREZ
Notary ID #126918790
My Commission Expires
August 20, 2025

# CERTIFICATE OF SERVICE

On September 23, 2024 I mailed to:

Phillip J. Meitl 801 Cherry Street 17th floor
Fort Worth, TX 76102

the papers identified as:

1) **Notice of Acceptance**
2) **Accepted presentment**

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing Certified Mail # 9589 0710 5270 1218 0126 84 Return Receipt Requested.

Dated: 09/23/2024

My commission expires: 08/20/2025

Sandra Perez, Notary Public
5718 Pindula Rd.
Sealy, TX 77474

SANDRA R PEREZ
Notary ID #126918790
My Commission Expires
August 20, 2025