UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

SEP 25 2024 AM 8:35
FILED-USDC-NDTX-FW

| UNITED STATES OF AMERICA V. DR. HECTOR UBALDO (01) | No. 4:24-CR-222-P |

## BOND

There appearing no bond of record to initiate the matter regarding **Case # 4:24-CR-222-P** and associated account(s), I, **Hector Ubaldo** undertake as follows: In consideration thereof that no lawful money of account exists in circulation, and in consideration thereof that we have suffered dishonor regarding the matter of this case and associated accounts **Case # 4:24-CR-222-P**, I underwrite with my private exemption 057580671 for any and all obligations of performance/loss/costs sustained by the United States of America/State of Texas, thereof regarding said matter.

Done at _____HARRIS_____ County, __September__ this _____ day of _____, 2024.

By: _____
Hector Ubaldo- Sui Juris
Authorized Representative

Bond for HECTOR UBALDO
Page **1** of **2**