UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:24-cr-222-P |
| Defendant: | HECTOR UBALDO, sworn |
| Court Reporter: | Monica Guzman |
| Interpreter: | n/a |
| US attorney: | PJ Meitl |
| Defense attorney: | John Stickney |
| Time in Court: | 20 minutes |
| Judge: | Magistrate Judge Hal R. Ray, Jr. |
| Date of hearing: | September 25, 2024 |
| Status: | The Defendant entered plea of not guilty to the Indictment. Deft bond continued |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | E. Moore |
| Other: | Gov't read indictment on the record; court ordered that deft retain new counsel on or before October 2, 2024 or file notice of his intent to represent himself. |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 25 2024
CLERK, U.S. DISTRICT COURT
By_____
        Deputy