IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | Criminal No. 4:24-CR-222-P |
| DR. HECTOR UBALDO | | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 25 2024

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## ORDER

On this date, the Court called this case for arraignment. ECF No. 11. Although Assistant Federal Public Defender John J. Stickney had previously entered an appearance as counsel for Defendant Hector Ubaldo (ECF No. 12), Defendant informed the Court that he had terminated Mr. Stickney's representation.

The Court entered Defendant's plea of not guilty under Federal Rule of Criminal Procedure 11(a)(4) when Defendant refused to enter a plea. The Court also informed Defendant that his case was set for a jury trial before the Honorable Mark T. Pittman, United States District Judge, on October 28, 2024 at 9:00 a.m.

The Court further **ORDERED** Defendant on or before October 2, 2024 to: (1) file a document stating that he wished to represent himself in the trial of this matter; or (2) retain other counsel and have that counsel enter an appearance as attorney for Defendant.

It is so **ORDERED** on September 25, 2024.

_____
Hal B. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE