UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| V. § | |
| § | No. 4:24-CR-222-P (01) |
| DR. HECTOR UBALDO, § | |
| § | |

NOTICE OF DEFENDANT'S INTENTIONS TO PROCEED PRO SE

COMES NOW, Assistant Federal Public Defender John J. Stickney, and hereby advises this Honorable Court that defendant Dr. Hector Ubaldo intends to proceed in his case pro se, without the assistance of the Federal Public Defender as his appointed counsel.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

*/s/ John J. Stickney*
JOHN J. STICKNEY
Assistant Federal Public Defender
MA Bar No. 687134
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
817.978.2753
John_J_Stickney@fd.org

**Certificate of Service**

I, John J. Stickney, hereby certify that on October 3, 2024, I electronically filed this document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic filing system for the Court. The electronic case filing system sent a "Notice of Electronic Filing" to AUSA, P.J. Meitl.

*/s/ John J. Stickney*
JOHN J. STICKNEY
Assistant Federal Public Defender