FILED
**October 9, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA**

V.

**DR. HECTOR UBALDO (01)**

No. 4:24-CR-222-P

## DEMAND TO VACATE ORDER FOR CRIMINAL TRIAL
## AND NOTICE OF IN PROPRIA PROSONA REPRESENTATION

**NOW COMES DR. HECTOR UBALDO,** by and through the undersigned Authorized Representative, and files this DEMAND TO VACATE ORDER FOR CRIMAL TRIAL AND NOTICE OF IN PROPRIA PROSONA REPRESENTATION and shows the honorable court the following:

1. The Defendant in the above styled matter has **stipulated** to all the **Facts** of this case and comes to the *equitable side* of this court with *clean hands* and in *good faith* and makes this plea in the nature of a ***confession and avoidance***.
2. Defendant has accepted all the charges for value and consideration and made his exemption available for discharge of all charges and obligations connected with this case.
3. Defendant's acceptance renders any need for a bench trial or jury trial unnecessary as the facts are all

   stipulated to leaving no material issues to resolve.

4. 4. Defendant's appointed counsel has dishonored Defendant's request for remedy and Defendant has

   subsequently removed appointed counsel from representing the Defendant. (See Exhibit A)

5. Defendant invokes his 6th Amendment protected Right of self-representation and will be proceeding *in propria persona* as is his right *sui juris*.

For the reasons cited above and more Defendant demands that this Court vacate its Order for trial and schedule a hearing so Defendant may seek settlement and closure of above-styled matter.

Respectfully Submitted,

By: _____/s/ Hector Ubaldo_____
Hector Ubaldo- Sui Juris
Authorized Representative

Done at __Harris__ County, __Texas__, this __3rd__ day of __October__, 2024.

DEMAND TO VACATE ORDER FOR CRIMAL TRIAL AND NOTICE OF IN PROPRIA PROSONA REPRESENTATION

Page 1 of 2

SANDRA R PEREZ
Notary ID #126918790
My Commission Expires
August 20, 2025



CERTIFIED MAIL # 9589 0710 5270 1573 9177 23

# CERTIFICATE OF SERVICE

On October 3, 2024 I mailed to:

Judge Mark T. Pittman 501 West 10th Street  Room 401

Fort Worth, Texas 76102-3673

The papers identified as:

1) **DEMAND TO VACATE ORDER FOR CRIMINAL TRIAL AND NOTICE OF IN PROPRIA PROSONA REPRESENTATION**

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing Certified Mail # 9589 0710 5270 1573 9177 23 Return Receipt Requested.

Dated: October 3, 2024

My commission expires: 08/20/2025

*[signature]*

Sandra Perez, Notary Public

5718 Pindula Rd.

Sealy, Texas 77474

*[Notary seal: SANDRA R PEREZ, Notary ID #126918790, My Commission Expires August 20, 2025]*

Notice of Acceptance

Page 2 of 2