**FILED**
**October 9, 2024**
**KAREN MITCHELL**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA**

V.

**DR. HECTOR UBALDO (01)**

No. 4:24-CR-222-P

### DEMAND TO VACATE ORDER FOR CRIMINAL TRIAL
### AND NOTICE OF IN PROPRIA PROSONA REPRESENTATION

**NOW COMES DR. HECTOR UBALDO,** by and through the undersigned Authorized Representative, and files this DEMAND TO VACATE ORDER FOR CRIMAL TRIAL AND NOTICE OF IN PROPRIA PROSONA REPRESENTATION and shows the honorable court the following:

1. The Defendant in the above styled matter has **stipulated** to all the **Facts** of this case and comes to the *equitable side* of this court with *clean hands* and in *good faith* and makes this plea in the nature of a ***confession and avoidance***.
2. Defendant has accepted all the charges for value and consideration and made his exemption available for discharge of all charges and obligations connected with this case.
3. Defendant's acceptance renders any need for a bench trial or jury trial unnecessary as the facts are all stipulated to leaving no material issues to resolve.
4. 4. Defendant's appointed counsel has dishonored Defendant's request for remedy and Defendant has subsequently removed appointed counsel from representing the Defendant. (See Exhibit A)
5. Defendant invokes his 6th Amendment protected Right of self-representation and will be proceeding *in propria persona* as is his right *sui juris*.

For the reasons cited above and more Defendant demands that this Court vacate its Order for trial and schedule a hearing so Defendant may seek settlement and closure of above-styled matter.

Respectfully Submitted,

By: _____
Hector Ubaldo- Sui Juris
Authorized Representative

Done at Harris County, Texas, this 3rd day of October, 2024.

DEMAND TO VACATE ORDER FOR CRIMAL TRIAL AND NOTICE OF IN PROPRIA PROSONA REPRESENTATION

Page **1** of **2**

SANDRA R PEREZ
Notary ID #126918790
My Commission Expires
August 20, 2025





CERTIFIED MAIL # 9589 0710 5270 1573 9177 54

# CERTIFICATE OF SERVICE

On October 3, 2024 I mailed to:

Clerk's Office 501 West 10th Street 3rd Floor

Fort Worth, Texas 76102-3673

The papers identified as:

1) **DEMAND TO VACATE ORDER FOR CRIMINAL TRIAL AND NOTICE OF IN PROPRIA PROSONA REPRESENTATION**

by mailing them in a pre-paid envelope, addressed to the recipient named above, bearing Certified Mail # 9589 0710 5270 1573 9177 54 Return Receipt Requested.

Dated: *October 3, 2024*

My commission expires: *08/20/2026*

*[signature]*

Sandra Perez, Notary Public

5718 Pindula Rd.

Sealy, Texas 77474

[Notary Seal: SANDRA R PEREZ, Notary ID #126918790, My Commission Expires August 20, 2025]

Notice of Acceptance

Page 2 of 2



Case 4:24-cr-00222-Y    Document 25    Filed 10/09/24    Page 5 of 8    PageID 123

Sandra Perez
5718 Pindula Rd
Sealy Tx 77474

Clerks Office
501 West 10th St. Room 3rd floor
Fort Worth Texas 76102-3673

RECEIVED
OCT - 9 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

9589 0710 5270 1573 9177 54

RDC 99

Retail

U.S. POS
FCM 1G E
KATY, TX
OCT 03, 2

$10.

76102

S2323Y5(