UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.

DR. HECTOR UBALDO (01)

No. 4:24-CR-222-P

DEMAND TO VACATE ORDER FOR CRIMINAL TRIAL

AND NOTICE OF IN PROPRIA PROSONA REPRESENTATION

NOW COMES DR. HECTOR UBALDO, by and through the undersigned Authorized Representative, and files this DEMAND TO VACATE ORDER FOR CRIMAL TRIAL AND NOTICE OF IN PROPRIA PROSONA REPRESENTATION and shows the honorable court the following:

The Defendant in the above styled matter has **stipulated** to all the **Facts** of this case and comes to the *equitable side* of this court with *clean hands* and in *good faith* and makes this plea in the nature of a **confession and avoidance**.

1. Defendant has accepted all the charges for value and consideration and made his exemption available for discharge of all charges and obligations connected with this case.
2. Defendant's acceptance renders any need for a bench trial or jury trial unnecessary as the facts are all stipulated to leaving no material issues to resolve.
3. 4. Defendant's appointed counsel has dishonored Defendant's request for remedy and Defendant has subsequently removed appointed counsel from representing the Defendant. (See Exhibit A)
4. Defendant invokes his 6th Amendment protected Right of self-representation and will be proceeding *in propria persona* as is his right *sui juris*.

For the reasons cited above and more Defendant demands that this Court vacate its Order for trial and schedule a hearing so Defendant may seek settlement and closure of above-styled mat

Respectfully Submitted, By: _____

Hector Ubaldo- Sui Juris
Authorized Representative
Done at ____Harris____ County, ___Texas___, this __7th__ day of __October__, 2024.

DEMAND TO VACATE ORDER FOR CRIMAL TRIAL AND NOTICE OF IN PROPRIA PROSONA REPRESENTATION
Page 1 of 2

SANDRA R PEREZ
Notary ID #126918790
My Commission Expires
August 20, 2025

Certified Mail # 9589 0710 5270 1987 8911 69

# CERTIFICATE OF SERVICE

On October 7, 2024 I mailed to:

Judge Jeffrey L Cureton 501 West 10th St Room 520

Fort Worth, Texas 76102-3673

The papers identified as:

1) **DEMAND TO VACATE ORDER FOR CRIMINAL TRIAL AND NOTICE OF IN PROPRIA PROSONA REPRESENTATION**

by mailing them in a certified pre-paid envelope, addressed to the recipient named above bearing Certification Mail number 9589 0710 5270 1987 8911 69 .

Dated: October 7, 2024

My commission expires: 08/20/2025

Sandra Perez, Notary Public

5718 Pindula Rd.

Sealy, Texas 77474

SANDRA R PEREZ
Notary ID #126918790
My Commission Expires
August 20, 2025

Notice of Acceptance

Page 2 of 2

I & S Medical Billings
5718 Bandera Rd
Sealy, TX 77474

**CERTIFIED MAIL**

9589 0710 5270 1987 8911 69





Retail — U.S. POSTAGE PAID
FCM LG ENV
KATY, TX 77449
OCT 07, 2024
76102   $10.45
RDC 99   S2323Y501604-05


RECEIVED
OCT 15 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Honorable Judge
Jeffrey L. Cureton
501 West 10th St Rm 520
Fort Worth Texas, 76102-3673

