NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

**Cause Number** 4:24-CR-222-P
*Complete this section so that it looks exactly like the Petition filed in your case.*

United States of America

In the *(check one)*:
Court Number: 401
☑ District Court
☐ County Court at Law

v.

Hector Ubaldo

TARRANT County, Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 2 2 2024
CLERK, U.S. DISTRICT COURT
By MW
Deputy

# Motion for Continuance and Notice of Hearing

*Print your answers.*

1. My name is: **Hector** (First) **__** (Middle) **Ubaldo** (Last).
2. I am the ☑ Petitioner ☐ Respondent in this case.
3. This case is presently set for a hearing or trial on 10 / 28 / 2024.
4. I ask the Court to change the date of the hearing or trial to a later date because: *(Check all that apply.)*
   ☐ I did not get at least 3 days' notice of this hearing.
   ☐ I did not get at least 10 days' notice of this **contempt/enforcement** hearing.
   ☑ I did not get at least 45 days' notice of this **final** hearing or trial.
   ☐ I need time to hire a lawyer.
   ☑ I need time to get legal advice and get ready to represent myself at the hearing.
   ☐ Other: *(Write why you need a continuance.)* I am waiting on more paper work evidence to present in court. My flash drive that was given to me is corrupted can't see evidence.
5. This continuance is not sought solely for delay but that justice may be done.
6. I ask the Court to grant my Motion for Continuance.

Respectfully submitted,

▶ Your Signature: *[signature]*
Your Printed Name: Hector Ubaldo
Mailing Address: 8842 Inverness Pkwy
Email Address: Ubaldoe Icloud.com

Date: 10/18/24
Phone: (832) 851-7574
City: Houston  State: TX  Zip: 77055
Fax Number (if available):

PR-Cont1-134 *Motion for Continuance and Notice of Hearing* (Rev. 04-2017)  Page 1 of 2
© TexasLawHelp.org

## Notice of Hearing

The above motion is set for hearing on __10/28/24__ at __9:00__ ☒ a.m. ☐ p.m.

at the __TARRANT__ County Courthouse, located at:

__501 W. 10th Street  5t 4th floor__  __Fort Worth__, __TX__ __76102-3673__
Physical Address of Courthouse                                 City            State        Zip

▶ _____
Signature of Judge or Clerk (if required in your County)

## Declaration (Pursuant to Texas Civil Practice & Remedies Code 132.002)

My full name is: __Hector Ubaldo__,

my date of birth is: __1 / 16 / 1964__, and

my address is: __8842 Inverness Pkwy Houston TX 77055__,

and __Harris__.
         Country

I declare **under penalty of perjury** that: 1) I am the person asking for a continuance, 2) I have read this Motion for Continuance, and 3) the statements in this Motion for Continuance are within my personal knowledge and are true and correct.

Executed (formally signed) in __Harris__ County, Texas on this date: __10/08/24__.

▶ __[signature]__
Signature of Party Asking for Continuance

## Certificate of Service

I certify that I delivered a copy of this document to each party in this case, or if a party is represented by a lawyer to the party's lawyer, by: (Check one.)

☐ Hand delivery to the other party: _____

☐ Hand delivery to the other party's lawyer: _____

☐ Email to this email address: _____

☐ Certified mail, return receipt requested to this address: (Note: This method may take too long.)

_____

☐ Commercial delivery service (for example FedEx) to this address:

_____

☐ Fax to fax #: _____

☐ Electronic service through the electronic filing manager. (Note: The method is required if you electronically file (e-file) this document and the email address of your spouse or your spouse's attorney is on file with the electronic file manager.)

▶ __[signature]__                                        __10/18/24__
Signature of Party Asking for Continuance        Date

PR-Cont1-134 *Motion for Continuance and Notice of Hearing* (Rev. 04-2017)                Page 2 of 2
© TexasLawHelp.org

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express®
Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023. All rights reserved.

HOUSTON, TX 77055
OCT 18, 2024
$36.10
S2324K505424-63
RDC 07
76102
ER 115 948 301 US

**PRIORITY MAIL EXPRESS®**

FROM: (PLEASE PRINT)
Hector Waldo
8842 Inverness Pkwy
Houston TX 77055

RECEIVED
OCT 22 2024
[Clerk, U.S. District Court]
NORTHERN DISTRICT OF TEXAS

TO: (PLEASE PRINT)
Clerks Office
Northern District of Texas
501 W. 10th St. 3rd floor
Fort Worth TX 76102-3673

PO ZIP Code: 77055
Date Accepted: 10-18-24
Scheduled Delivery Date: 10-19-24
Scheduled Delivery Time: 3:00 PM
Postage: $32.00
Return Receipt Fee: $4.10
Total Postage & Fees: $36.10
Weight: 1 lb 1 oz




UNITED STATES POSTAL SERVICE®

OD: 12 1/2 x 9 1/2