IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | §  No. 4:24-cr-00222-P |
| HECTOR UBALDO (1), | § |
| Defendant. | § |

### ORDER

Before the Court is Defendant's Motion for Continuance (ECF No. 31), filed October 22, 2024, but signed and mailed October 18, 2024. While the present Motion was in transit the Court rescheduled the trial for a later date than was originally set. Consequently, Defendant's Motion is **DENIED as moot**. Trial will begin at 9:00 a.m. on October 31, 2024, as previously ordered by the Court.

**SO ORDERED** on this **24th day of October 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE