IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| Plaintiff, § § | |
| v. § § | No. 4:24-cr-00222-P |
| HECTOR UBALDO (1), § § § | |
| Defendant. § | |

## ORDER

On September 13, 2024, United States Magistrate Judge Jeffrey L. Cureton entered an Order appointing a federal public defender to represent the defendant in this matter. ECF No. 10. On October 10, 2024, the defendant appeared before Judge Cureton and advised the Court that he wishes to proceed *pro se* and without appointed counsel. ECF No. 26. After holding a "Faretta" hearing, Judge Cureton found that the defendant knowingly and voluntarily waived his right to counsel and, thus, allowed the appointed counsel to withdraw from further representation in this criminal proceeding. *Id.*

The defendant is now set for jury trial on October 31, 2024. Though the defendant has eschewed standby counsel to date, the Court is if the opinion that standby counsel should be appointed to assist the defendant and replace him if the Court concludes, during trial, that the defendant can no longer be permitted to proceed *pro se*. Therefore, the Court

**ORDERS** that attorney <u>Stephen Fahey</u> be appointed as standby counsel for the defendant during his trial. While the defendant is not required to consult with standby counsel or permit such counsel to represent him in this case, such counsel should be available to the defendant should he change his mind and decide that he desires the assistance of counsel in the defense of the charges brought against him.

**SO ORDERED** on this **25th day of October 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE