Hector Ubaldo
d/b/a Passive Trustee
CUERVO LUMINOSO EXPRESS TRUST ENTERPRISE
c/o: [9337] Katy Fwy, STE B5057
Houston, Texas near [77024]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR UBALDO,<br><br>Defendant | Docket/Case No. 4:24-MJ-659 and/or 4:24-mj-383 and/or 4:24-MJ-659<br><br>**4:24-cr-00222-P**<br><br>WRIT OF DISCOVERY |

COME THIS DAY, the 16th of October 2024

## INTRODUCTION
Sixth. Declaration of Rights, Texas Indenture 1824-1876

I, Ubaldo, Hector (Defendant), under contractual agreement and operating as plenipotentiary of power agent for the Cuervo Luminoso Express Trust Enterprise, which commenced on January 18, 2024, on behalf of the Sole Trustee, Kenia Ondina Ventura Pimentel of Cuervo Luminoso Express Trust Dtd May 18, 2012, officially serve the court and Plaintiff(s) a Writ of Discovery as per the Trust Indenture's right, ESTABLISHED BY THE CONSTITUTIONS OF TEXAS 1824-1876, having the right to be heard, by himself, or council, or both; he shall have the right to demand the nature and cause of the accusation, shall be confronted with the witnesses against him, and have compulsory process for obtaining witnesses in his favor. And in all prosecutions by presentment or indictment, he shall have the right to a speedy and public trial, by an impartial jury; he shall not be compelled to give evidence against himself, or be deprived of life, liberty, property, but by due course of law. And no freeman shall be holden to answer for any criminal charge, but on presentment or indictment by a grand jury, except in the land of naval forces, or in the militia when in actual service in time of war or public danger, or in cases of impeachment.

WRIT OF DISCOVERY - 1

JUDICIAL NOTICE OF ADJUDICATIVE FACTS
[Federal Rules of Evidence. Rule 201]

TAKE JUDICIAL NOTICE, that all Matters of Equity (to the Masters in Chancery) in this case shall be under the Constitution of the United States of America, Article VI, Supremacy Clause One, "All Debts contracted, and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation." Clause Two, "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the **judges in every State shall be bound** thereby any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

TAKE JUDICIAL NOTICE, no Judge or oath-bound officer of the State is above the law of the land or any authority before it, such as the 1877 Articles of Confederation. The Defendant(s), have the right to better to secure and perpetuate mutual friendship and intercourse among the people of the different states in this union, the free inhabitants of each of these states, paupers, vagabonds and fugitives from Justice excepted, shall be entitled to all privileges and immunities of free citizens in the several states; and the people of each state shall have free ingress and regress to and from any other state, and **shall enjoy therein all the privileges of trade and commerce**, subject to the same duties, impositions and restrictions as the inhabitants thereof respectively, provided that such restrictions shall not extend so far as to prevent the removal of property imported into any state, to any other State of which the Owner is an inhabitant; provided also that no imposition, duties or restriction shall be laid by any state, on the property of the united states, or either of them as per Article IV.

PLEADINGS AND PRETRIAL WRIT
[Federal Rules of Criminal Procedure. Rule 12]

The Trust Indenture, demands a Writ of Discovery, in order for the Defendant to competently provide a plea to the court of evidence or determine if the Defendant is being compelled to give evidence against himself:

(1) Discovery. A party may raise by pretrial motion or writ any defense, objection, or request that the court can determine without a trial on the merits. A motion or writ that the courts lack jurisdiction may be made at any time while the case is pending. The Defendant demands discovery that the court has subject-matter jurisdiction and personal jurisdiction, with regard to the entire estate and well-being of the Defendant under administrative supervision and control of a contract entered on May 18, 2012, which is a foreign contract failing to pass the U.S. Control and Court Test. Is it not the law of the land, that a foreign trust, whereas its Sole Trustee (as a non-

WRIT OF DISCOVERY - 2

immigrant alien) under contract holding the Defendants Authenticated/Apostilled Certificate of Title by a written lien, is not deemed a domestic trust?

(2) Discovery. The Defendant demands discovery the complainant and United States District Court or the United States of America had proper venue against the Trust Indenture, Cuervo Luminoso Express Trust d/b/a Hector Ubaldo. Is it not the law of the land, that in all prosecutions by presentment or indictment, the Defendant shall have the right to a speedy and public trial, by an impartial jury?

(3) Discovery. A defect in instituting the prosecution, including: (i) improper venue, (ii) preindictment delay (iii) a violation of the constitutional right to a speedy trial. Is it not the law of the land, that all Warrants issued [08/27/2024] and returned executed on [08/29/2024], must be supported by oath or affirmation in order for The People to be secured in their persons, houses, papers, and possessions, from all unreasonable searches or seizures? The Defendant demands the Affidavit of Complaint, signed under penalty of perjury from the Complainant, and dated prior to the execution date of [08/29/2024], to be provided as "evidence" to prevent any assumption of partiality from the clerk of court or judge assigned to this case(s).

(4) Discovery. Is it not the law of the land, whereas no freeman shall be holden to answer for any criminal charge, but on presentment or indictment by a grand jury or the right of trial by jury shall remain inviolate? The Defendant demands, any court of evidence where the Defendant waived their right to speedy trial.

(5) Discovery. All persons shall be bailable by sufficient security unless for capital crimes, when the proof is evident or presumption strong. The Defendant demands proof of claim of any contractual agreement entered upon between the parties, detailing services, execution of services, hold harmless or indemnity clauses and compensation clauses.

WITH NOTHING FURTHER TO STATE, We, declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and affix my signature below.

_*signature*_
Ubaldo, Hector

_*signature*_
Ventura Pimentel, Kenia O.

WRIT OF DISCOVERY - 3

## PROOF OF SERVICE

I, the undersigned, say: I am over the age of 18 years, and I am a party to the action or proceeding. My business address is 9337 Katy Fwy, Suite B5057, Houston, Texas near [77024].

On __10th of October__, 2024, I served the foregoing document(s) described as "WRIT OF DISCOVERY" on all interested parties listed below in this action by placing copies thereof enclosed in a sealed envelope (Registered Mail) addressed as follows:

Nathan Ochsner
d/b/a Clerk of Court
U.S. District Court for the Southern District of Texas
PO Box 61010
Houston, TX 77208

Hal R. Ray, Jr.
d/b/a Magistrate Judge
U.S. District Court Northern District of Texas
501 West 10th Street, Room 202A
Fort Worth, TX 76102-3673

David C. Godbey,
d/b/a Chief Judge
U.S. District Court Northern District of Texas
501 West 10th Street, Room 202A
Fort Worth, TX 76102-3673

Karen Mitchell
d/b/a Clerk of Court
U.S. District Court Northern District of Texas
501 West 10th Street, Room 202A
Fort Worth, TX 76102-3673

Bill E. Waybourn
d/b/a Sheriff
Tarrant County Sheriff Department
200 Taylor Street – 7th Floor
Fort Worth, TX 76196

Ed Gonzalez
d/b/a Sheriff
Harris County Sheriff Department
1200 Baker Street
Houston, TX 77002

ATTN: Ava Vesling
d/b/a Special Agent
Federal Bureau Investigations
1 Justice Park Drive
Houston, TX 77092

WRIT OF DISCOVERY - 4

## PROOF OF SERVICE – "concluded"

Nathan L. Hecht
d/b/a Chief Justice
Texas Judicial Branch
201 w. 14th Street
Austin, Texas 78701

Ken Paxton
d/b/a Texas Office of the Attorney General
300 W. 15th Street
Austin, Texas 78701

The Honorable Emilia Fernandez
Consulate General of the Dominican Republic in Texas
6117 Richmond Avenue, Suite 100
Houston, Texas 77057

[X] BY MAIL – I deposited such envelope in the mail at Harris County, Texas with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Harris County, Texas, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit; and or

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on ___16th of October___, 2024 at Harris County, Texas

_Ventura Pimentel Kenia O._
Ventura Pimentel, Kenia O.    Sole Trustee

WRIT OF DISCOVERY - 5

Hector Ubaldo d/b/a
Passive Trustee CUERVO
LUMINOSO EXPRESS TRUST ENTERPRISE
c/o [9337] Katy Hwy Ste 8505?
Houston, Texas near [77024]

Retail

U.S. POSTAGE PAID
FCM LG ENV
HOUSTON, TX 77079
OCT 20, 2024
$163.07

76102
RDC 99
S2324M503416-50

**REGISTERED MAIL™**

RE 050 863 919 US

Label 200, August 2005    PSN 7690-03-000-9311

DOWNTOWN STATION OCT 25 2024 FORT WORTH, TX 76102 USPS

DOWNTOWN STATION OCT 25 2024 FORT WORTH, TX 76102 USPS

RECEIVED
OCT 25 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Hal R. Ray d/b/a Magistrate Judge
U.S. District Court North District of Texas
501 W. 10th St. Room 202.A
Fort Worth TX. 76102-3673

