☐ CORRECTED (if checked)

| PAYER'S name, DBA, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable check box on Form 8949 | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|
| Hector Ubaldo<br>8842 inverness pkwy<br>Houston TX 77055<br>US - Phone: 8328517574 | B | **2023**<br>Form **1099-B** | |

| | 1a Description of property (Example 100 sh. XYZ Co.)<br>AUDIT CASE 424CR222P | |
|---|---|---|
| | 1b Date acquired<br>09/11/2024 | 1c Date sold or disposed<br>12/31/2024 |

**Copy B**
**For Recipient**

| Account number (see instructions)<br>927489252491 | 1d Proceeds<br>$ 1000000.00 | 1e Cost or other basis<br>$ |
|---|---|---|

| RECIPIENT'S name, address, ZIP/ postal code & Country | 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ |
|---|---|---|
| US NORTHERN DISTRICT OF TEXAS<br>Karen Mitchell<br>510 W 10TH STREET<br>Fort worth TX 76102<br>US | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 Check if proceeds from:<br>Collectibles ☐<br>QOF ☐ |
| | 4 Federal income tax withheld<br>$ 240000.00 | 5 if Checked, noncovered security ☐ |
| | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 if Checked loss is not allowed based on amount in 1d ☐ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| PAYER'S federal identification number<br>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 | RECIPIENT'S identification number | 8 Profit or (loss) realized in 2023 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts-12/31/2022<br>$ |
|---|---|---|---|
| CUSIP number | FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts-12/31/2023<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ |

| 14 State name | 15 State identification no | 16 State tax withheld<br>$<br>$ | 12 Check if basis reported to IRS ☐ | 13 Bartering<br>$ 1000000.00 |
|---|---|---|---|---|

Form **1099-B**                    www.1099online.com - IRS Approved e File Provider

**Instructions for Recipient**

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue code. You may also have a filing requirement. See the Instructions for Form 8938.

**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or nonSection 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.
(Continued on the back of Copy 2.)

NOV 1 2024
FILED-USDC-NDTX-FW

4:24CR-222-P