IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-222-Y |
| | § | |
| DR. HECTOR UBALDO | § | |

### ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR NEW TRIAL

Before the Court is Defendant's amended unopposed motion for extension of time to file a motion for new trial (doc. 71). In it, he contends that counsel has ordered transcripts of the two-day trial and the pretrial hearing, and that preparation of the transcripts will take at least 14 days from the date they are ordered. (Doc. 71, at 2.) Consequently, Defendant asks for an extension of 14 days after the transcripts become available to file his motion for new trial. *Id*.

Defendant's motion is **GRANTED**. Defendant's deadline to file a motion for new trial is extended to 14 days after the transcripts become available.

SIGNED November 15, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE