IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:24-CR-222-P |
| DR. HECTOR UBALDO | |

## SENTENCING AGREEMENT

The United States of America and the defendant, Dr. Hector Ubaldo, and his attorney, Michael DeGeurin, hereby agree that:

1. The appropriate guideline ranges is 33 and 41 months' imprisonment. But the defendant reserves the right to move for a downward variance.

2. The defendant waives the defendant's rights, conferred by 28 U.S.C. § 1291 and 18 U.S.C. § 3742, to appeal the conviction, sentence, fine and order of restitution or forfeiture in an amount to be determined by the Court. The defendant further waives the defendant's right to contest the conviction, sentence, fine and order of restitution or forfeiture in any collateral proceeding, including proceedings under 28 U.S.C. § 2241 and 28 U.S.C. § 2255. The defendant, however, reserves the rights (a) to bring a direct appeal of (i) a sentence exceeding the statutory maximum punishment, or (ii) an arithmetic error at sentencing.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ P.J. Meitl
P.J. MEITL
Virginia Bar No. 73215
Assistant United States Attorney
801 Cherry Street, 17th Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Email: philip.meitl@usdoj.gov

DR. HECTOR UBALDO
Defendant

Date: 12/20/24

MICHAEL DEGEURIN
Attorney for Defendant

Date: 12/20/24