FILED
January 8, 2025
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No. 4:24-CR-222-Y |
| | § | |
| HECTOR UBALDO | § | |

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

Before the Court is the defendant's motion to reconsider release pending sentencing (doc. 86). The Court **REFERS** this motion to United States Magistrate Judge Jeffrey Cureton for determination. See 28 U.S.C. § 636(b)(1)(A).

All future papers filed hereafter regarding the motion shall include the following notation under the case-number: "**(Relates to Motions Referred to Magistrate Judge Cureton)**."[1]

SIGNED January 8, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The judge's copy of all documents related to this motion must be mailed to the Honorable Jeffrey L. Cureton, Eldon B. Mahon United States Courthouse, 501 West 10th Street, Room 520, Fort Worth, Texas 76102. Proposed orders must be emailed in Word or WordPerfect format to: Cureton_orders@txnd.uscourts.gov.