IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:24-CR-222-Y |
| | § | |
| DR. HECTOR UBALDO (1) | § | |

## ORDER GRANTING AMENDED MOTION TO EXTEND SURRENDER DATE

Before the Court is Defendant's Amended Motion to Extend Surrender Date (106). After review, the Court GRANTS the motion. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on Tuesday, May 20, 2025, as notified by the United States marshal or as notified by the probation office.

SIGNED March 21, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE