IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:24-CR-222-Y |
| | § | |
| DR. HECTOR UBALDO (1) | § | |

## ORDER SETTING HEARING

On March 21, 2025, in the above-styled and -numbered case, the Court, upon the motion of Defendant, Hector Ubaldo, extended to May 20, 2025, the date for Ubaldo to surrender for service of sentence at the institution designated by the Bureau of Prisons ("the BOP"). In Ubaldo's motion, he reported that he is scheduled for eye surgery on April 3, 2025. The Court now requires an update on Ubaldo's prognosis after his surgery so the Court can determine whether the present report date can be maintained and also to determine whether Ubaldo will receive the necessary care from the BOP to preserve his remaining eyesight while he is serving his 33-month sentence.

Accordingly, the Court will conduct a hearing in the fifth-floor district-court courtroom of the Mahon United States Courthouse on April 28, 2025, at 10:00 a.m., at which the following persons shall be present: the defendant, Hector Ubaldo; the attorney for the defendant, Michael DeGeurin; the lead attorney for the government, P.J. Meitl; and a representative of the BOP qualified to inform the Court on what treatment the BOP is able to provide to Ubaldo while in BOP custody to preserve his eyesight.

The Court respectfully requests that the government's attorneys contact and confer with the appropriate personnel at the BOP to provide a representative at the hearing with authority to speak on its behalf as to the eye care it is able to provide Ubaldo during his term of incarceration. If the

BOP is not cooperative, the Court requests that the government issue a subpoena duces tecum to the BOP to require the presence of such a representative of the BOP at the hearing.

Should it appear to the defendant on or after April 14, 2025, that the government is refusing or failing to secure the attendance of a representative of the BOP either by request or by subpoena, the Court authorizes the defendant to issue the necessary subpoena duces tecum to the BOP to secure the presence of such a representative at the hearing.

SIGNED March 28, 2025

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE