# MINUTE ORDER

| | | | | | | |
|---|---|---|---|---|---|---|
| CASE NO. | 4:24-CR-222-Y (1) | STYLE | U.S.A. v. Dr. Hector Ubaldo | | | |
| PLACE | Fort Worth | JUDGE | Terry R. Means | | DATE | April 28, 2025 |
| REPORTER | Debbie Saenz | DEPUTY | Samantha Cameron | | COURT TIME | 10:28 am-10:38 am |
| CSO | | | | | | |

**Counsel for Government:**
P.J. Meitl, AUSA

**Counsel for Defendant:**
George Michael DeGeurin, Jr., Retained

Hearing Concluded?   Yes ■   No ☐

- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Contempt Hearing
- ☐ Markman Hearing
- ☐ Daubert Hearing
- ☐ Three Judge Court Hearing

**Trial Status (Required if one of the above is selected)**

- ☐ Completed by Jury Verdict
- ☐ Continued from Previous Month
- ☐ Directed Verdict
- ☐ Evidence Entered
- ☐ Hung Jury
- ☐ Jury Selection Only, continued
- ☐ Jury Selection or Verdict Only
- ☐ Mistrial
- ☐ Settled/Guilty

- ☐ Docket Call
- ☐ Pretrial Conference
- ■ Status Conference
- ☐ Scheduling Conference
- ☐ Jury Selection
- ☐ Settlement Conference

**(Note to Docket Clerk: Leave Trial Status blank if one of the above is selected)**

**Discovery Hearing**
- ☐ Other Evidentiary Hearing - Contested
- ☐ Other Proceeding - Non-evidentiary

**Evidentiary Hearing**
- ☐ Other Evidentiary Hearing - Contested
- ☐ PI or TRO Hearing - Evidentiary

**Miscellaneous Hearing**
- ☐ Other Evidentiary Hearing - Contested
- ☐ Other Proceeding - Non-evidentiary

**Motion Hearing**
- ☐ Motion Hearing - Non-evidentiary
- ☐ Other Evidentiary Hearing - Contested
- ☐ PI or TRO Hearing - Evidentiary

**Show Cause**
- ☐ Other Evidentiary Hearing - Contested
- ☐ Other Proceeding - Non-evidentiary

**Telephone Conference**
- ☐ Motion Hearing - Non-evidentiary
- ☐ Other Proceeding - Non-evidentiary
- ☐ Pretrial Conference

**Trial Status (Required if a contested or evidentiary selection is made above. Leave blank if non-evidentiary)**

- ☐ Completed by Jury Verdict
- ☐ Continued from Previous Month
- ☐ Directed Verdict
- ☐ Evidence Entered
- ☐ Hung Jury
- ☐ Jury Selection Only, continued
- ☐ Jury Selection or Verdict Only
- ☐ Mistrial
- ☐ Settled/Guilty
- ☐ None

**Notes:** Dr. Kenneth Russell (not sworn in) testified.