UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:24-CR-222-Y |
| | § | |
| DR. HECTOR UBALDO (1) | § | |

### ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND SURRENDER DATE

Before the Court is Defendant's Second Motion to Extend Surrender Date (doc. 114). After review, the Court GRANTS the motion. Dr. Hector Ubaldo shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on June 3, 2025, as notified by the United States marshal or as notified by the probation office.

SIGNED May 13, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE