IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:24-CR-222-Y |
| DR. HECTOR UBALDO (01) | |

### ENTRY OF APPEARANCE AS COUNSEL

The Acting United States Attorney for the Northern District of Texas, Nancy E. Larson, hereby respectfully advises the Court and all parties in interest that the above-styled and numbered case has been reassigned within the Office of the United States Attorney for the Northern District of Texas to Assistant United States Attorney Jay Weimer.

Accordingly, it is requested that the clerk of the Court enter the name of Jay Weimer as counsel of record for the United States of America. The United States requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*s/ Jay Weimer*
JAY WEIMER
Assistant United States Attorney
Texas State Bar No. 24013727
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455
Email: Jay.Weimer@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2025, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

                                            *s/ Jay Weimer*
                                            JAY WEIMER
                                            Assistant United States Attorney